FILED '09 JUL 24 16:42 USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

FRONTIER RECOVERY, LLC

           Plaintiff,

v.

LANE COUNTY,

           Defendant.

LANE COUNTY,

           Third Party Plaintiff,

v.

GREG DEMERS and unknown individuals or entitites,

           Third Party Defendants.

Civil No. 09-6017-TC

O R D E R

Magistrate Judge Coffin filed his Findings and Recommendation on July 6, 2009. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Order -- Page 1

THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

Dated this 24 day of July, 2009.

_____
Ann Aiken, United States District Judge

Order -- Page 1