IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FRONTIER RECOVERY, LLC,

        Plaintiff,

vs.

LANE COUNTY, an Oregon political subdivision,

        Defendant.

O R D E R
Civ. No. 09-6017-TC

AIKEN, Chief Judge:

Magistrate Judge Coffin filed his Findings and Recommendation on April 14, 2010. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a de novo

1 - ORDER

determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

Both plaintiff and defendant have timely filed objections. I have, therefore, given the file of this case a <u>de novo</u> review. I ADOPT the Magistrate's Findings and Recommendation (doc. 64) that defendant's motion for summary judgment (doc. 42) is granted in part and denied in part as stated in Judge Coffin's Findings and Recommendation as follows: defendant's motion is denied as to plaintiff's claims under RCRA's subsection (B); state statutory claim for cost recovery; and state statutory contribution claim. Defendant's motion is granted as to plaintiff's claims under RCRA's subsection (A); state common law claim for indemnify without prejudice to refiling if plaintiff receives a closing letter from DEQ; and state common law nuisance claim.

IT IS SO ORDERED.

Dated this 17 day of June 2010.

_____
Ann Aiken
United States District Judge

2 - ORDER